**Opinion issued February 20, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00199-CV

———————————

### PACCAR, INC., CLEVELAND MACK SALES, INC. D/B/A PERFORMANCE KENWORTH, INC., AND CATERPILLAR, INC.
**Appellants**

### V.

### HO HO HO EXPRESS, INC., Appellee

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2008-24797**

---

### MEMORANDUM OPINION

Appellants, Cleveland Mack Sales, Inc. d/b/a Performance Kenworth Inc. and Caterpillar, Inc., have settled their disputes with appellee Ho Ho Ho Express, Inc. and move to dismiss their appeal and vacate the trial court's judgment. In

addition, appellee Ho Ho Ho Express, Inc. and appellant PACCAR, Inc. have settled their dispute and jointly move to dismiss PACCAR, Inc.'s appeal. We grant both motions.

All disputes in this case having been settled, at the parties' request, we **vacate** the trial court's judgment and dismiss the case.


Jane Bland
Justice

Panel consists of Chief Justice Radack and Justices Bland and Huddle.